IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM RUSSELL WEAVER                                                                          PLAINTIFF

v.                                         Case No. 4:10-CV-04139

OFFICER CHARLES - DAVIDSON; LT.
STEVEN GLOVER; and CAPTAIN
JOHNNY GODBOLT                                                                                  DEFENDANTS

**O R D E R**

On this 21st day of September 2011, there comes on for consideration the Report and Recommendations (Doc. 21) filed in this case on September 1, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's claims are **DISMISSED** for failure to obey an order of the Court and for failure to prosecute this action. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 21st day of September 2011.


/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE